# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1828

_____

Aaron M. Deroo,      *

     *

         Appellant,      *

     *    Appeal from the United States

     v.      *    District Court for the

     *    District of North Dakota.

United States of America,      *

     *    [UNPUBLISHED]

         Appellee.      *

_____

Submitted: January 29, 2007
Filed: February 1, 2007

_____

Before COLLOTON, HANSEN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Aaron Deroo appeals the district court's[1] denial of his petition filed under 28 U.S.C. § 2241. We affirm for the reasons stated by the district court. *See* 8th Cir. R. 47A(a).

_____

[1]The Honorable Rodney S. Webb, United States District Judge for the District of North Dakota.